UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                 :  S1 2007 Cr. 753 (AKH)

           -v-                            :  <u>NOTICE OF MOTION</u>

FELIX MARIZAN-BRITO,                      :
a/k/a "Jose Miguel Gonzalez,"
MARIA EDUVIGIS POLO, DILENNY              :
MERCEDES DUARTE, CARLOS ROBLES, JOSE
EMENEGILDO MEJIA-VOLQUEZ,                 :
a/k/a "Mejias Giovanni,"
MANUEL BALDERA, ANTONIA BETREIZ POLO,  :
and ANGELO TAVAREZ,
- - - - - - - - - - - - - - - - - - - x

           PLEASE TAKE NOTICE that, upon the affidavit of Dilenny

M. Duarte dated March 2, 2008 and all other papers and

proceedings herein, the defendant Dilenny M. Duarte will move

this Court on March 19, 2008 before the Honorable Alvin K.

Hellerstein, United States District Judge for the Southern

District of New York, at the United States Courthouse, 500 Pearl

Street, New York, NY for an Order suppressing certain post-arrest

statements or in the alternative a hearing to determine the

statements admissibility.

Dated: March 3, 2008
       New York, New York

                              Doar Rieck Kaley & Mack

                      By: _____
                              John Jacob-Rieck, Jr.
                              217 Broadway, Suite 707
                              New York, New York 10007
                              (212) 619-3730

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

          - v. -                :        S1 07 Cr. 753 (AKH)

FELIX MARIZAN-BRITO,                     :    AFFIDAVIT OF
a/k/a "Jose Miguel Gonzalez,"                 DILENNY M. DUARTE
MARIA EDUVIGIS POLO, DILENNY             :    IN SUPPORT OF
MERCEDES DUARTE, CARLOS ROBLES, JOSE          MOTION TO SUPPRESS
EMENEGILDO MEJIA-VOLQUEZ,                 :
a/k/a "Mejias Giovanni,"
MANUEL BALDERA, ANTONIA BETREIZ POLO, :
and ANGELO TAVAREZ,
                                         :
              Defendants.
- - - - - - - - - - - - - - - - - - x

       Dilenny M. Duarte, having been sworn and under the penalties of perjury, states the following is true:

       1) I am one of the defendants in this action.

       2) I make this affidavit in support of a motion to suppress certain post-arrest statements claimed to have been made by me.

       3) On July 12, 2007, I was inside apartment 6-H at 282 Cabrini Boulevard in Upper Manhattan.  All of a sudden, I became aware there were police officers inside the apartment.

       4) After the police entered, I was shoved to the floor. Very shortly thereafter, I was placed in handcuffs.

       5) Soon everyone in the apartment — me and two others — were in handcuffs.

       6) As the police were searching the apartment, at some point the police began asking me questions.  I was still in

handcuffs.  At no point, was I advised of any right I may have had to remain silent or consult an attorney.  At no point was I told I did not have to respond to the questions being asked.

7) I was asked questions inside apartment 6-H and thereafter I was questioned when I was transported to New Jersey where I remained in handcuffs.

_____

Dilenny M. Duarte


Sworn to me this **2**
day of March, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,           : S1 2007 Cr. 753 (AKH)

     -v-                             : CERTIFICATE OF SERVICE

FELIX MARIZAN-BRITO,                 :
a/k/a "Jose Miguel Gonzalez,"
MARIA EDUVIGIS POLO, DILENNY         :
MERCEDES DUARTE, CARLOS ROBLES, JOSE
EMENEGILDO MEJIA-VOLQUEZ,            :
a/k/a "Mejias Giovanni,"
MANUEL BALDERA, ANTONIA BETREIZ POLO, :
and ANGELO TAVAREZ,
- - - - - - - - - - - - - - - - - - - x

       John Jacob Rieck, Jr. certifies under penalty for

perjury on March 3, 2008 I served by hand and telefax the

attached Notice of Motion and Affidavit of Dilenny M. Duarte on

Marshall A. Camp, Esq. office of the United States Attorney, One

St. Andrews Plaza, New York, New York.

Dated: March 3, 2008
      New York, New York

                        _____
                        John Jacob Rieck, Jr.