

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

March 24, 2008

BY HAND

Honorable Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl Street, Room 1050
New York, N.Y. 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/25/08
```

       Re: **United States v. Dilenny Duarte**,
           S1 07 Cr. 753 (AKH)

Dear Judge Hellerstein:

       I write jointly on behalf of the Government and counsel for Ms. Duarte to request a modification in the briefing schedule set for Ms. Duarte's pending motion to suppress certain post-arrest statements.

       At the March 19, 2008 hearing on Ms. Duarte's motion, the Court set a further hearing for April 10, 2008. The Court directed the Government to file additional briefing by March 28, with defense briefing by April 4. The parties are currently engaged in advanced plea negotiations and, to facilitate those

Hon. Alvin K. Hellerstein
March 24, 2008
Page 2


negotiations, propose that the briefing schedule be amended as follows: The Government will file its brief by April 4, and the defendant will file her brief by April 8. The April 10, 2008 date would remain as scheduled for the purposes of additional testimony, if any, and oral argument on the motion.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

By: _____
     Marshall A. Camp / Julian Moore
     Assistant United States Attorney
     Tel.: (212) 637-1035 / -2473

cc: John Rieck, Jr., Esq. (by fax: 212-962-5037)


SO ORDERED.

_____     3-25-08
HON. ALVIN K. HELLERSTEIN       DATE
UNITED STATES DISTRICT JUDGE