USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/08

# DOAR RIECK KALEY & MACK
## ATTORNEYS AT LAW

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE

SPECIAL COUNSEL
JOHN DOAR

OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
DAVID RIVERA
PAUL E. MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com

[Stamp: MAR 27 2008]

March 26, 2008

Judge Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein:

I am writing regarding U.S. v. Dilenny Duarte, S1 2007 Cr. 753 (AKH) to request on behalf of AUSA Marshall Camp as well as my client, Dilenny Duarte, Your Honor adjourn the hearing presently scheduled for April 10, 2008 to May 9, 2008 at 11 AM. I am advised by your courtroom deputy that date and time are compatible with your schedule. If this adjournment is acceptable, the government will file its brief by May 5, 2008 and the defendant will file her brief on May 8, 2008. The reason for this adjournment is to facilitate plea negotiations, as well as an application for deferred prosecution.

Sincerely,

John Jacob Rieck, Jr.

cc: AUSA Marshall Camp

So Ordered, time excluded
/s/ Alvin K. Hellerstein
Judge Alvin K. Hellerstein
3/28/08