# DOAR RIECK KALEY & MACK
### ATTORNEYS AT LAW

JOHN JACOB RIECK, JR.
JOHN F. KALEY
WALTER MACK
EDWARD SCARVALONE

SPECIAL COUNSEL
JOHN DOAR

OF COUNSEL
AMY ROTHSTEIN
EILEEN MINNEFOR
DAVID RIVERA
PAUL E. MINNEFOR

ASTOR BUILDING
7TH FLOOR
217 BROADWAY
NEW YORK, N.Y. 10007-2911

TELEPHONE: (212) 619-3730
FACSIMILE: (212) 962-5037
e-mail: firm@doarlaw.com


RECEIVED APR 30 2008 CHAMBERS OF ALVIN K. HELLERSTEIN USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/1/08

April 30, 2008

Judge Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Hellerstein:

      I am writing regarding U.S. v. Dilenny Duarte, S1 2007 Cr. 553 (AKH), to request on behalf of AUSAs Moore and Camp as well as my client, Dilenny Duarte, Your Honor adjourn the hearing presently scheduled for May 9, 2008 to May 29, 2008 at 11:30 a.m. I am advised by your courtroom deputy that date and time are compatible with your schedule. If this adjournment is acceptable, the government will file its brief by May 23, 2008 and the defendant will file her brief on May 27, 2008. The reason for this adjournment is to facilitate plea negotiations.

Sincerely,

John Jacob Rieck, Jr.

cc: AUSAs Moore and Camp

SO ORDERED; Time is excluded to 5/29/08

_____
Judge Alvin K. Hellerstein