```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    WAIVER OF INDICTMENT

            - v. -                  :    S6 07 Cr. 753 (AKH)

DILENNY DUARTE,
                                    :
                 Defendant.         :

- - - - - - - - - - - - - - - - - - -x
```

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 4, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*Dilenny Duarte*
Defendant

*Brigitte Jones*
Witness

*John Jacob Rieck, Jr.*
Counsel for Defendant

Date:    New York, New York
         May 28, 2008


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAY 2 8 2008