UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :
                                 :
DILENNY DUARTE,                  :     INFORMATION
                                 :
              Defendant.         :     S6 07 Cr. 753 (AKH)
                                 :
- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

1.  From in or about June 2007 through on or about July 12, 2007, in the Southern District of New York, DILENNY DUARTE, the defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the conduct of a financial transaction by another person involving property representing the proceeds of unlawful narcotics distribution, unlawfully, willfully, and knowingly did conceal and did not as soon as possible make known the commission of that felony to some judge and other person in civil and military authority under the United States.

(Title 18, United States Code, Section 4.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 8 2008

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

DILENNY DUARTE,

Defendant.

INFORMATION

S6 07 Cr. 753 (AKH)

(Title 18, United States Code,
Section 4.)

MICHAEL J. GARCIA
United States Attorney.

5/28/08. Waiver and information filed. Deft arraigned on S6 07 Cr 753 information. Deft pres w/atty John Reick; AUSA Julian Moore pres, Court reporter Elena Rich pres; Deft enters a plea of guilty to the S6 07 Cr 753 information. PSI ordered, Sentencing set for 11/7/08 @ 11:00 a.m. Motion to suppress is withdrawn. Deft cont'd on bail.

Hellerstein, J.

2